UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Ruth Ellen Stoever, pro se,<br>Plaintiff<br><br>v.<br><br>TECH USA, INC. and Paul C. Balessa [sic],<br>individually and as attorney for<br>TECH USA, INC.<br>Defendants | Civil Action No. 4:12-cv-00434 |

ORDER ON DEFENDANT'S MOTION TO DISMISS
UNDER FED.R.CIV.P. 12(b)(6)

After considering Defendant TECH USA, INC.'s Motion to Dismiss and the response (if any), the Court GRANTS the motion and dismisses with prejudice Plaintiff's suit against Defendants TECH USA, INC. and PAUL C. BALASSA, individually and as attorney for TECH USA, INC.

SIGNED this 1st day of June, 2012.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

DAUGHTRY & JORDAN, P.C.

BY:_____/s/_____
 Charles A. Daughtry
 SBN: 05409410
 Federal ID# 7441
 17044 El Camino Real
 Houston, TX 77058
 Telephone: (281) 480-6888
 Facsimile: (281) 461-0132

COUNSEL FOR DEFENDANT TECH USA, INC.